# FILED
## UNDER
# SEAL

Prob12C
D/NV Form
Rev. June 2014

## United States District Court
## for
## the District of Nevada

### PETITION FOR WARRANT
### FOR OFFENDER UNDER SUPERVISION

Name of Offender: **Jack Wayne Seibert**

Case Number:  **2:03CR00358**

Name of Sentencing Judicial Officer: **Honorable Roger L. Hunt**

Date of Original Sentence: **March 10, 2004**

Original Offense: **Felon in Possession of a Firearm, Possession of a Non-registered Firearm, Felon in Possession of Ammunition**

Original Sentence: **140 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **January 9, 2014**

### PETITIONING THE COURT

☒ To issue a warrant.

☐ To issue a summons:

The probation officer believes the offender has violated the following condition(s) of supervision:

1. **Shall Not Commit Crime - The defendant shall not commit another federal state or local crime.**

    On June 5, 2016, Seibert was initially stopped for failure to use signaling device while making a right hand turn, driving a motorcycle with Nevada plates.  The Las Vegas Metropolitan Police Department subsequently arrested Seibert for Own/Possess Gun by Prohibited Person-Ex-Felon, CCW-Firearm, Trafficking a Controlled Substance-Methamphetamine, and Possession of a Controlled Substance with Intent to Sell-Methamphetamine.  Seibert was then transported to the Clark County Detention Center and booked accordingly.  Seibert is scheduled for a 48 hour hearing for case number 16F09281X on June 7, 2016, at 7:30am.

**RE: Jack Wayne Seibert**

Prob12C
D/NV Form
Rev. June 2014

**U.S. Probation Officer Recommendation**:

The term of supervision should be:

☒ Revoked

☐ To extend the term of supervision  months, for a total term of  months.

☐ The conditions of supervision should be modified as follows:


I declare under penalty of perjury that the information contained herein is true and correct,

Executed on **June 6, 2016**

*Benjamin Johnson for*   Benjamin Johnson
2016.06.06 12:48:32 -07'00'

Donnette Johnson
United States Probation Officer

Approved:

*Benjamin Johnson*   Benjamin Johnson
2016.06.06 12:48:47 -07'00'

Benjamin B. Johnson
Supervisory United States Probation Officer

RE: Jack Wayne Seibert

Prob12C
D/NV Form
Rev. June 2014

## THE COURT ORDERS

☐     No Action.

☑     The issuance of a warrant.

☐     The issuance of a summons.

☐     Other:

_____
Signature of Judicial Officer

June 6, 2016
_____
Date

RE: Jack Wayne Seibert

Prob12C
D/NV Form
Rev. June 2014

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA
# UNITED STATES V. JACK WAYNE SEIBERT,  2:03CR00358

## SUMMARY IN SUPPORT OF PETITION FOR WARRANT
### June 6, 2016

On June 5, 2016, The Las Vegas Metropolitan Police Department conducted a vehicle stop on a motorcycle bearing Nevada license plates. The driver was identified as Jack Seibert. Based on Seibert's criminal history, garments associated with a known motorcycle club, and a visible homemade cane-like stick made out of chain metal on his person, Seibert was perceived to be armed and dangerous. Seibert was subsequently patted down and Officer Alexander recovered a black Glock .40 caliber handgun (serial number BYL047), located in his inside jacket pocket, which contained a fully loaded magazine and a .40 caliber bullet in the chamber. An additional fully loaded magazine was located inside Seibert's right jacket pocket. Both magazines were capable of holding 15 rounds and contained 15 rounds. Seibert was arrested for Carrying a Concealed Weapon and Prohibited Person in Possession of a Firearm.

During the search incident to arrest, Officer Alexander also located a black pouch in Seibert's right back pocket containing a plastic baggie of clear crystal-like substance, believed to be Methamphetamine. This substance was tested and confirmed to be Methamphetamine, 8.1g gross. Additionally, located in Seibert's wallet was $4,104 U.S. currency, in different denominations, typically evident of narcotic sales. Officer Alexander read Seibert his rights and he was arrested on the following charges: Own/Possess Gun by Prohibited Person-Ex-Felon, CCW-Firearm, Trafficking a Controlled Substance-Methamphetamine, Possession of a Controlled Substance with Intent to Sell-Methamphetamine. Seibert was then transported to the Clark County Detention Center and booked accordingly.

Based on Seibert's criminal history and the serious nature of the aforementioned allegations, we would respectfully request that a warrant be issues to initiate revocation proceedings. We would also request that Mr. Seibert be detained at his initial appearance, as he has demonstrated that he is a significant danger to the community.

**RE: Jack Wayne Seibert**

Respectfully submitted,

Benjamin Johnson
2016.06.06
12:49:40 -07'00'

_____

Donnette Johnson
United States Probation Officer

Approved:

Benjamin Johnson
2016.06.06 12:49:56
-07'00'
_____

Benjamin B. Johnson
Supervisory United States Probation Officer