RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MARGARET WIGHTMAN LAMBROSE
Assistant Federal Public Defender
Nevada State Bar No. 11626
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Maggie_Lambrose@fd.org

Attorney for Jack Wayne Seibert

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

JACK WAYNE SEIBERT,

        Defendant.

JAD
Case No. 2:03-cr-358-~~RLH-RJJ~~

**STIPULATION TO CONTINUE
REVOCATION HEARING**
(First Request)

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Phillip N. Smith, Jr., Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Margaret Wightman Lambrose, Assistant Federal Public Defender, counsel for Jack Wayne Seibert, that the Revocation Hearing currently scheduled on March 20, 2018 at 11:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

This Stipulation is entered into for the following reasons:

1.     Defense counsel has just received the client's sentencing recommendation on Monday, March 19, 2018 and needs additional time to confer with the client.

2.     The defendant is in custody and agrees with the need for the continuance.

3.      The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 19th day of March, 2018.

RENE L. VALLADARES               DAYLE ELIESON
Federal Public Defender             United States Attorney


*/s/ Margaret Wightman Lambrose*        */s/ Phillip N. Smith, Jr.*
By_____   By_____
MARGARET WIGHTMAN LAMBROSE   PHILLIP N. SMITH, JR.
Assistant Federal Public Defender      Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

JACK WAYNE SEIBERT,

        Defendant.

Case No. 2:03-cr-358-~~RLH-RJJ~~ JAD

**ORDER**

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, March 20, 2018 at 11:00 a.m., be vacated and continued to April 9, 2018 at the hour of 9:30 a.m.

    DATED this 19th day of March, 2018.

_____
UNITED STATES ~~MAGISTRATE~~ DISTRICT JUDGE

3